

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven R. Green | Civil Action No.  20cv1046-LAB(SBC) |
| **Plaintiff,** | |
| V. | |
| United States Forest Service | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Forest Service's motion to dismiss the SAC is granted. Green's Takings Clause claim is dismissed without prejudice and without leave to amend and his Due Process and Declaratory Judgment Act claims are dismissed with prejudice. Because leave to amend may be denied where, as here, amendment would be futile, the Court denies Green leave to amend. See Cervantes v. Countrywide Home Loans, Inc., 656 F.3d 1034, 1041 (9th Cir. 2011); DeSoto v. Yellow Freight Sys., Inc., 957 F.2d 655, 658 (9th Cir. 1992); see also Chodos v. W. Publ'g Co., 292 F.3d 992, 1003 (9th Cir. 2002) (district court's discretion to deny leave to amend is "particularly broad" when it has previously granted leave to amend).

**Date:**     8/16/23

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/  R. Chapman
R. Chapman, Deputy